IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:07-CR-209 |
| | : | |
| **v.** | : | |
| | : | |
| **WOODY GRIER** | : | Judge Sylvia H. Rambo |

## **O R D E R**

AND NOW, this 10th day of May, 2021, upon motion of Defendant Woody Grier for compassionate release (Doc. 83) and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Mr. Grier's motion for compassionate release is **GRANTED** and his sentence of incarceration is reduced to time served;

(2) This order is **STAYED** for up to fourteen days, for the verification of the defendant's residence and establishment of a release plan if appropriate, to make necessary travel arrangements, and to ensure Defendant's safe release. Defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for him to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure Defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended;

2

(3) Mr. Grier shall serve a 48-month term of supervised release in accordance with his original sentence, and pursuant to the same conditions.

**IT IS SO ORDERED.**

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge